IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLEASTER JOHNSON, JR.,
ADC #143920                                                                                    PLAINTIFF

v.                                         4:09CV00369HLJ

DOC HOLLADAY, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of March, 2010.

_____
United States Magistrate Judge